DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 332P13-7 | Bobby R. Knox, Jr. v. Frank L. Perry | 1. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order Marion C.I. 3730 Staff Officials and Preliminary Federal Injunction [13 July 2014] | 1. Dismissed |
|---|---|---|---|
| | | 2. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [28 July 2014] | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [31 July 2014] | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [11 September 2014] | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [22 September 2104] | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [29 September 2014] | 6. Dismissed |
| | | 7. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [31 September 2014] | 7. Dismissed |
| | | 8. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [6 October 2014] | 8. Dismissed |
| | | 9. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Preliminary Federal Injunction [7 October 2014] | 9. Dismissed |
| 334P14 | Charles E. Townsend and Wife, Mary J. Townsend v. Celestine L. Simmons, City of Greensboro, and CitiMortgage, Inc. | Respondent's (Celestine L. Simmons) PDR Under N.C.G.S. § 7A-31 (COA13-1320) | Denied<br><br>**Hunter, J., recused** |